FILED
DEC 3 2025
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

UNITED STATES OF AMERICA )
) 1:25-cr-118
v. )
) Judge McDonough/Steger
BRANDON CASTLEBERRY )
) FILED UNDER SEAL

## INDICTMENT

### COUNT ONE
### (Exploitation of a Child)

The Grand Jury charges that, starting in or about 2025 and continuing until on or about September 29, 2025, in the Eastern District of Tennessee, the defendant, BRANDON CASTLEBERRY, did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and the defendant knew and had reason to know that the visual depiction would be transported in interstate commerce; and the visual depiction actually has been transported in interstate commerce; and the visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means, in violation of Title 18, United States Code, Section 2251(a).

All in violation of 18 U.S.C. § 2251(a).

### COUNT TWO
### (Enticement)

The Grand Jury further charges that, starting in or about 2025 and continuing until on or about September 29, 2025, within the Eastern District of Tennessee and elsewhere, the defendant, BRANDON CASTLEBERRY, did use a means or facility of interstate commerce, that is, the internet, to attempt to knowingly persuade, induce or entice an individual whom he believed to be

less than 18 years of age, to engage in sexual activity for which the defendant can be charged with a criminal offense, specifically, violations of Title 18 United States Code, Section 2251(a), Sexual Exploitation of Children, and Tennessee Code Annotated, Section 39-11-1005, Especially Aggravated Sexual Exploitation of a Minor.

All in violation of Title 18, United States Code, Section 2422(b).

## FORFEITURE ALLEGATIONS

1. The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2253.

2. Pursuant to Title 18, United States Code, Section 2253, upon conviction of an offense in violation of Title 18, United States Code, Section 2422(b), the defendant, BRANDON CASTLEBERRY, shall forfeit to the United States of America:

    a. Any visual depiction described in Title 18, United States Code, sections 2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

    b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and

    c. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses.

The property to be forfeited includes, but is not limited to, the following:

COMPUTER EQUIPMENT

2

Apple iPhone 8 Plus

3. If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

A TRUE BILL:

_____
GRAND JURY FOREPERSON

FRANCIS M. HAMILTON III
United States Attorney

By: _____
Christopher D. Poole
Assistant United States Attorney

3